**William S. JONES, Jr., Plaintiff—Appellant,**

and

**Homecare of Virginia, Incorporated, Plaintiff,**

v.

**Maurice A. JONES, Commissioner, Virginia Department of Social Services, Defendant—Appellee.**

No. 04–1873.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 10, 2004.

Decided Dec. 21, 2004.

William S. Jones, Jr., Appellant pro se. Allen Tate Wilson, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

William S. Jones, Jr., appeals the district court's order dismissing his complaint alleging that the Virginia Department of Social Services wrongfully denied an application for a license renewal for Homecare of Virginia, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm because, as the district court concluded, Jones lacked standing to sue on behalf of Homecare. *See Homecare of Virginia, Inc. v. Jones,* No. CA-03-417-2 (E.D. Va. June 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*